**Opinion filed September 17, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-08-00282-CR

_____

**ENRIQUE LOPEZ, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-33,757**

**M E M O R A N D U M   O P I N I O N**

Counsel for Enrique Lopez has notified this court that Lopez died on June 20, 2009. Pursuant to TEX. R. APP. P. 7.1(a)(2), this appeal is permanently abated.

PER CURIAM

September 17, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.